COUNTESS PEASE JEFFRIES, Bar no. 76886
JEFFRIES ADVOCATES LAW OFFICES
485 E. 17TH ST.  SUITE 390
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>THOMAS O. RUSSELL,<br><br>　　Defendant | No. CV A 03-1468<br><br>AMENDED COMPLAINT ON<br><br>PROMISSORY NOTE<br><br>(DEPARTMENT OF EDUCATION) |

For its claim, the plaintiff alleges as follows:

This court has jurisdiction under Title 20 U.S.C. §1080. The defendant resides in the County of Los Angeles. This claim arose in connection with a Government insured or guaranteed student loan made by a private lender and assigned to the United States.

## FIRST CAUSE OF ACTION

Defendant is indebted to Plaintiff on an unpaid promissory note signed by the defendant in the principal amount of $5,644.80, plus accrued interest to July 2, 2003 in the sum of $8,214.12 with interest accruing thereafter at $1.08 per day; plus administrative charges in the amount of $0.00, and attorney's fees, and costs.

Defendant is in default under the terms of said note and despite repeated demands to pay, the defendant continues to refuse to make any payments thereunder.

## SECOND CAUSE OF ACTION

Defendant is indebted to Plaintiff on an unpaid promissory note signed by the defendant in the principal amount of $941.72, plus accrued interest to July 2, 2003 in the sum of $1,369.28 with interest accruing thereafter at $0.18 per day; plus administrative charges in the amount of $0.00, and attorney's fees, and costs.

Defendant is in default under the terms of said note and despite repeated demands to pay, the defendant continues to refuse to make any payments thereunder.

WHEREFORE, plaintiff prays for judgment against defendant in the principal amount of $6,586.52, plus interest accrued to July 2, 2003  in the sum of $9,583.40, with interest accruing thereafter at $1.26 per day until entry of judgment; plus $0.00 for administrative charges, and attorney's fees, and costs.

DATED: July 2, 2003

COUNTESS P. JEFFRIES
ATTORNEY FOR THE PLAINTIFF

## PROOF OF SERVICE BY MAILING

I, Jacquelyne Nguyen, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 485 E. 17th Street. Ste 390, Costa Mesa, CA 92627-3265.

On   July 2, 2003, I served a copy of a Amended Complaint on the interested parties named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

        Thomas O. Russell
        1055 W. 7th St., 29th Fl.
        Los Angeles, CA 90047

Date of mailing: July 2, 2003;  Place of Mailing: Costa Mesa, California. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully pre-paid.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on  Wednesday, July 02, 2003, at Costa Mesa, California.

                                    Jacquelyne Nguyen